IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS D. MCQUEEN, # 177303,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-157-TFM-N |
| | ) |
| **DEXTER D. WRIGHT,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OPINION AND ORDER

On February 5, 2021, the Magistrate Judge entered a report and recommendation which recommends this action be dismissed without prejudice under 28 U.S.C. § 1915(g). *See* Doc. 18. A pleading was filed on March 1, 2021 that seems to indicate no objections but then requests the Court look further into Plaintiff's cases. *See* Doc. 20. Regardless whether the Plaintiff objects, the Court finds nothing in the document which changes the underlying analysis articulated by the Magistrate Judge.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation (Doc. 18) is **ADOPTED** as the opinion of the Court. Accordingly, this action is **DISMISSED without prejudice**, prior to service of process, pursuant to 28 U.S.C. § 1915(g) and the motions to amend (Docs. 11, 12) are **DENIED**.

Final judgment pursuant to Fed. R. Civ. P. 58 will issue separately.

**DONE** and **ORDERED** this 2nd day of March, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE