IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS D. MCQUEEN, #177303,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-157-TFM-N |
| | ) |
| **DEXTER D. WRIGHT,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g).

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 2nd day of March, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE